Sean P. Reis (No. 184044)
*sreis@edelson.com*
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

COUNSEL FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a class of similarly situated individuals,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM; ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization,<br><br>          Defendants. | Case No.  CV-10-2763-CRB<br>[Assigned to Judge Charles R. Breyer]<br><br>[~~PROPOSED~~] **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)** |

       Having considered the parties' Stipulation to Continue Hearing on Defendants'

Motion to Dismiss Pursuant to FRCP 12(b)(6) ("Motion to Dismiss"), the Court hereby

ORDERS:

       The hearing date on the Motion to Dismiss is continued from September 3, 2010 to

October 1, 2010 at 10:00 a.m.

Dated:  Sept. 2, 2010

                                    _____
                                    Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order Continuing Hearing on
Defendants' Motion to Dismiss