Sean P. Reis (No. 184044)
*sreis@edelson.com*
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM; ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization,<br><br>Defendants. | Case No. CV-10-2763-CRB<br><br>[Assigned to Judge Charles R. Breyer]<br><br>**JOINT STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

This stipulation is entered into by Defendants John C. Heath Attorney At Law, PLLC d/b/a Lexington Law Firm, and Adam C. Fullman d/b/a Lexington Law Firm California (collectively "Defendants") and Mary Ducharme ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, with reference to the following facts:

A. On July 20, 2010, Defendants filed their Motion to Dismiss Pursuant to FRCP 12(b)(6) ("Motion to Dismiss");

Stipulation Granting Plaintiff Leave to File First Amd
Class Action Complaint

1       B.      On September 2, 2010, following a stipulation filed by the Parties seeking to
2 continue the hearing date on Defendants' Motion to Dismiss, this Court re-set the hearing
3 date on the Motion to Dismiss to October 1, 2010. (Dkt. 13.)
4       C.      Plaintiff's deadline for filing an opposition to the Motion to Dismiss is
5 September 10, 2010.
6       D.      The Parties have met and conferred regarding the Motion to Dismiss and
7 have agreed, subject to this Court's approval, to grant Plaintiff leave to file a First
8 Amended Class Action Complaint. Plaintiff shall file the First Amended Class Action
9 Complaint on or before September 24, 2010.
10       E.      The Parties further agree that the Defendants shall thereafter have 28 days,
11 on or before October 22, 2010, to answer or otherwise plead to the First Amended Class
12 Action Complaint.
13       F.      The Parties further agree that the hearing date of October 1, 2010, should be
14 taken off of the calendar.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

Stipulation Granting Plaintiff Leave to File First Amd      2
Class Action Complaint

**NOW, THEREFORE**:

The Parties hereby stipulate, subject to the Court's approval, that Plaintiff shall have until September 24, 2010 to file a First Amended Class Action Complaint, that Defendants shall have until October 22, 2010 to answer or otherwise plead, and that the hearing date of October 1, 2010 should be taken off the calendar.

Dated: September 9, 2010         MARY DUCHARME, individually and on
                                 behalf of a class of similarly situated individuals,


                                 By:      /s/ Sean P. Reis
                                          Sean P. Reis
                                          One of Plaintiff's Attorneys


Dated: September 9, 2010         JOHN C. HEATH ATTORNEY AT LAW,
                                 PLLC d/b/a LEXINGTON LAW FIRM, and
                                 ADAM C. FULLMAN d/b/a LEXINGTON
                                 LAW FIRM,


                                 By:      /s/ George M. Lindahl
                                          LINDAHL BECK LLP
                                          George M. Lindahl
                                          Attorneys for Defendants

Stipulation Granting Plaintiff Leave to File First Amd     3
Class Action Complaint

**CERTIFICATE OF SERVICE**

I, Sean P. Reis, hereby certify that on September 9, 2010, I electronically filed the foregoing **JOINT STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to the following parties by operation of the Court's electronic filing system:

George M. Lindahl
Lindahl Beck LLP
660 South Figueroa, Suite 1500
Los Angeles, CA 90017
E-Mail: glindahl@lindahlbeck.com

                                        /s/ Sean Reis