1  Sean P. Reis (No. 184044)
   *sreis@edelson.com*
2  EDELSON MCGUIRE, LLP
   30021 Tomas Street, Suite 300
3  Rancho Santa Margarita, CA 92688
4  Telephone: (949) 459-2124
   Facsimile: (949) 459-2123
5
6  COUNSEL FOR PLAINTIFF
7
                **UNITED STATES DISTRICT COURT**
8               **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a class of similarly situated individuals, | Case No. CV-10-2763-CRB [Assigned to Judge Charles R. Breyer] |
| Plaintiff, v. | **[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |
| JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM; ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization, | |
| Defendants. | |

Having considered the parties' Stipulation to Grant Plaintiff Leave to File a First Amended Class Action Complaint, the Court hereby ORDERS:

1. Plaintiff shall have until September 24, 2010 to file her First Amended Class Action Complaint;

2. Defendant shall have until October 22, 2010 to answer or otherwise plead to the First Amended Complaint;

Stipulation Granting Plaintiff Leave to File
First Amended Class Action Compl.

3. The hearing date on the Motion to Dismiss of October 1, 2010 at 10:00 a.m. is taken off of the Court's calendar.

Dated: This ___ day of September, 2010.

                                                  Judge Charles R. Breyer

Stipulation Granting Plaintiff Leave to File First Amended Class Action Compl.     2