Sean P. Reis (No. 184044)
*sreis@edelson.com*
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br> v. <br><br> JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM; ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization, <br><br> Defendants. | Case No. CV-10-2763-CRB <br><br> [Assigned to Judge Charles R. Breyer] <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT |

Having considered the parties' Stipulation to Grant Plaintiff Leave to File a First Amended Class Action Complaint, the Court hereby ORDERS:

1. Plaintiff shall have until September 24, 2010 to file her First Amended Class Action Complaint;

2. Defendant shall have until October 22, 2010 to answer or otherwise plead to the First Amended Complaint;

Stipulation Granting Plaintiff Leave to File
First Amended Class Action Compl.

3. The hearing date on the Motion to Dismiss of October 1, 2010 at 10:00 a.m. is taken off of the Court's calendar.

Dated: This 10th day of September, 2010.

_____
Judge Charles R. Breyer

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation Granting Plaintiff Leave to File First Amended Class Action Compl.   2