LINDAHL BECK LLP
George M. Lindahl (SBN 061905)
Alan D. Mehaffey (SBN 247332)
660 S. Figueroa Street
Suite 1500
Los Angeles, California 90017-3457
(213) 488-3900
(213) 486-9883 Facsimile
glindahl@lindahlbeck.com

Attorneys for Defendants
JOHN C. HEATH ATTORNEY AT LAW, PLLC
d/b/a LEXINGTON LAW FIRM, AND ADAM
C. FULLMAN d/b/a LEXINGTON LAW FIRM
CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization,<br><br>Defendants. | CASE NO. CV-10-2763-CRB<br>[Assigned to Judge Charles R. Breyer]<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

Having considered the parties' Joint Stipulation to Continue Hearing Date on Plaintiff's Motion For Class Certification, the Court hereby ORDERS:

1. The hearing date on Plaintiff's Motion For Class Certification is Continued to December 10, 2010, with the understanding that this date may be continued further in connection with the court's scheduling order on November 5, 2010.

Case Management Conference set for 8:30 a.m on November 5, 2010.

Dated: October 8, 2010

Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

2205-032/183398

-1-

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

[PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION