LINDAHL BECK LLP
George M. Lindahl (SBN 061905)
David C. Moore (SBN 156114)
Alan D. Mehaffey (SBN 247332)
660 S. Figueroa Street
Suite 1500
Los Angeles, California 90017-3457
(213) 488-3900
(213) 486-9883 Facsimile
glindahl@lindahlbeck.com

Attorneys for Defendants
JOHN C. HEATH ATTORNEY AT LAW, PLLC
d/b/a LEXINGTON LAW FIRM, AND ADAM
C. FULLMAN d/b/a LEXINGTON LAW FIRM
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization, <br><br> Defendants. | CASE NO. CV-10-2763-CRB <br> [Assigned to Judge Charles R. Breyer] <br><br> [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE ANSWER TO FIRST AMENDED COMPLAINT |

Having considered the parties' Stipulation to Extend Deadline For Defendants to File Answer to First Amended Complaint, the Court hereby ORDERS:

1.  The deadline for Defendants to file an answer to the remaining causes of action in the First Amended Complaint is extended to January 10, 2011.

Dated: __December 20, 2010__

_____
Judge Charles R. Breyer

*IT IS SO ORDERED* [signature] Judge Charles R. Breyer

2205-032/184193                                -1-

[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE ANSWER
TO FIRST AMENDED COMPLAINT

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900