1  LINDAHL BECK LLP
   George M. Lindahl (SBN 061905)
2  David C. Moore (SBN 156114)
   Alan D. Mehaffey (SBN 247332)
3  660 S. Figueroa Street
   Suite 1500
4  Los Angeles, California  90017-3457
   (213) 488-3900
5  (213) 486-9883 Facsimile
   glindahl@lindahlbeck.com
6
   Attorneys for Defendants
7  JOHN C. HEATH ATTORNEY AT LAW, PLLC
   d/b/a LEXINGTON LAW FIRM, AND ADAM
8  C. FULLMAN d/b/a LEXINGTON LAW FIRM
   CALIFORNIA
9
   Sean P. Reis (No. 184044)
10 sreis@edelson.com
   EDELSON MCGUIRE, LLP
11 30021 Tomas Street, Suite 300
12 Rancho Santa Margarita, CA 92688
   Telephone:  (949) 459-2124
13 Facsimile: (949) 459-2123
14
   Attorneys for Plaintiff
15 MARY DUCHARME and the putative class

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 MARY DUCHARME, individually and on    )  CASE NO. CV-10-2763-CRB
   behalf of a class of similarly situated  )  [Assigned to Judge Charles R. Breyer]
20 individuals,                           )
                                          )
21              Plaintiff,                )  [PROPOSED] ORDER CONTINUING
                                          )  HEARING ON PLAINTIFF'S MOTION FOR
22      vs.                               )  CLASS CERTIFICATION AND RELATED
                                          )  DATES PENDING MEDIATION
23 JOHN C. HEATH ATTORNEY AT LAW,         )
   PLLC, a Utah professional limited liability )
24 company d/b/a LEXINGTON LAW FIRM       )
   ADAM C. FULLMAN, an individual d/b/a   )
25 LEXINGTON LAW FIRM CALIFORNIA, a       )
   registered California Credit Services    )
26 Organization,                          )
                                          )
27              Defendants.               )
   _____)
28

                                    -1-
   _____
   [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS
                              CERTIFICATION

1    Having considered the parties' Stipulation to Continue Hearing on Plaintiffs'

2    Motion for Class Certification, the Court hereby ORDERS:

3        1.    All dates are continued for ninety (90) days.

4        2.    Hearing is set for Plaintiffs' Motion for Class Certification on July 8,

5    2011 at 10:00 a.m.; and

6        3.    Formal discovery is stayed in accordance with the Parties' Stipulation.

7

8    Dated: __January 3, 2011_____        _____

9                                               Judge Charles R. Breyer



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS
CERTIFICATION