Sean P. Reis (No. 184044)
*sreis@edelson.com*
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of Classes of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM; ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization,<br><br>Defendants. | Case No. 10-cv-2763-CRB<br>[Hon. Charles R. Breyer]<br><br>[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED DEADLINES AND DEADLINE FOR DEFENDANTS TO FILE ANSWER TO FIRST AMENDED COMPLAINT |

Having considered the Parties' Stipulation to Continue Hearing on Plaintiff's Motion for Class Certification and Related Deadlines and Deadline For Defendants to File Answer to First Amended Complaint, the Court hereby ORDERS:

1. All deadlines related to Plaintiff's supplemental Motion for Class are continued approximately 60 days as follows:

    a. Plaintiff's Supplemental Brief is due: July 5, 2011

    b. Defendant's Opposition is due: August 9, 2011

    c. Plaintiff's Reply is due: August 23, 2011

Proposed Order Continuing Hearing on Plaintiff's
Motion for Class Certification and Related Deadlines
And Deadline For Defendants to File Answer to FAC
Case No. 10-cv-2763-CRB

1    2.   Hearing on Plaintiff's Motion for Class Certification is set for September 9, 2011,
2 at 10:00 a.m.
3    3.   Defendants' Deadline to File an Answer to the First Amended Complaint shall also
4 be continued to June 28, 2011.

Dated: ___May 6, 2011___



Judge Charles R. Breyer

Proposed Order Continuing Hearing on
Plaintiff's Motion for Class
Certification and Related Deadlines
And Deadline For Defendants to File
Answer to FAC
Case No. 10-cv-2763-CRB

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28