1  LINDAHL BECK LLP
   George M. Lindahl (SBN 061905)
2  David C. Moore (SBN 156114)
   Alan D. Mehaffey (SBN 247332)
3  660 S. Figueroa Street
   Suite 1500
4  Los Angeles, California 90017-3457
   (213) 488-3900
5  (213) 486-9883 Facsimile
   glindahl@lindahlbeck.com
6
   Attorneys for Defendants
7  JOHN C. HEATH ATTORNEY AT LAW, PLLC
   d/b/a LEXINGTON LAW FIRM, AND ADAM
8  C. FULLMAN d/b/a LEXINGTON LAW FIRM
   CALIFORNIA
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  MARY DUCHARME, individually and on       )   CASE NO. CV-10-2763-CRB
    behalf of a class of similarly situated   )   [Assigned to Judge Charles R. Breyer]
14  individuals,                              )
                                              )
15                 Plaintiff,                 )   [PROPOSED] ORDER VACATING ALL
                                              )   FURTHER HEARING AND BRIEFING
16           vs.                              )   DEADLINES UNRELATED TO
                                              )   (1) PLAINTIFF'S MOTION FOR
17  JOHN C. HEATH ATTORNEY AT LAW,            )   PRELIMINARY APPROVAL, AND
    PLLC, a Utah professional limited liability )   (2) PLAINTIFF'S MOTION FOR LEAVE TO
18  company d/b/a LEXINGTON LAW FIRM          )   FILE SECOND AMENDED COMPLAINT
    ADAM C. FULLMAN, an individual d/b/a      )
19  LEXINGTON LAW FIRM CALIFORNIA, a          )
    registered California Credit Services      )
20  Organization,                             )
                                              )
21                 Defendants.                )
                                              )
   _____  )
22

23          Having considered the parties' Notice of Settlement And Stipulation That All

24  Further Hearings and Deadlines Unrelated To (1) Plaintiff's Motion For Preliminary Approval,

25  And (2) Plaintiff's Motion For Leave To File Second Amended Complaint, Be Vacated, the

26  Court hereby ORDERS:

27          1.      All hearing dates and briefing deadlines other than dates relating to

28  (1) Plaintiff's Motion For Leave To File And Serve A Second Amended Class Action

2205-032/185697                          -1-

[PROPOSED] ORDER VACATING ALL FURTHER HEARINGS AND DEADLINES
UNRELATED TO PLAINTIFF'S MOTIONS

1    Complaint, and (2) Plaintiff's Motion For Preliminary Approval of Class Action Settlement, are

2    vacated.

3

4    Dated: _____June 30, 2011____

5                                                            _____

     Judge Charles R. Breyer



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-3900

2205-032/185697                                       -2-

[PROPOSED] ORDER VACATING ALL FURTHER HEARINGS AND DEADLINES
UNRELATED TO PLAINTIFF'S MOTIONS