1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARY DUCHARME,                          No. C 10-02763 CRB

12            Plaintiff,                      **ORDER VACATING HEARING**

13      v.

14   JOHN C. HEATH et al.,

15            Defendants.
                                        /
16

17         The Court hereby VACATES the hearing currently set for Plaintiff's Motion for

18   Award of Attorneys' Fees, Expenses and Incentive Award (dkt. 73) on Friday, March 16,

19   2012.  Upon filing a final approval motion, Plaintiff is to re-notice the motion for fees so that

20   it is heard at the same time and date as the final approval motion.

21         **IT IS SO ORDERED.**

22

23   Dated: March 7, 2012                    _____

24                                           CHARLES  R. BREYER

25                                           UNITED STATES DISTRICT JUDGE

26
27
28

G:\CRBALL\2010\2763\order vacating hearing.wpd

**United States District Court**
For the Northern District of California