IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, | No. C 10-02763 CRB |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| JOHN C. HEATH et al., | |
| Defendants. / | |

The Court hereby VACATES the hearing currently set for Plaintiff's Motion for Award of Attorneys' Fees, Expenses and Incentive Award (dkt. 73) on Friday, March 16, 2012. Upon filing a final approval motion, Plaintiff is to re-notice the motion for fees so that it is heard at the same time and date as the final approval motion.

**IT IS SO ORDERED.**

Dated: March 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2763\order vacating hearing.wpd