JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
STEVEN L. WOODROW (Admitted *Pro Hac Vice*)
swoodrow@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

SEAN P. REIS (No. 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorneys for Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DUCHARME, individually and on behalf of a Class of similarly situated individuals, | Case No. 10-cv-2763-CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN C. HEATH ATTORNEY AT LAW, PLLC, a Utah professional limited liability company d/b/a LEXINGTON LAW FIRM; ADAM C. FULLMAN, an individual d/b/a LEXINGTON LAW FIRM CALIFORNIA, a registered California Credit Services Organization, | Honorable Charles R. Breyer |
| Defendants. | |

This matter came before the Court on plaintiff's Motion For Final Approval of Class Action Settlement (Dkt. 76) and Motion For Award of Attorney's Fees, Expenses and Incentive Award (Dkt. 73).

1       The judgment that follows is based upon this Court's findings of fact and conclusions of law set forth in the Court's separate March 16, 2012 Order Granting Final Approval to Class Action Settlement (the "Order") (Dkt. 83), dismissing this matter with prejudice on the terms set forth in the Order.

      After consideration thereof, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Order is expressly incorporated herein by reference, including the description of the class contained therein;

2. The parties' Amended Class Action Settlement Agreement is expressly incorporated herein by reference, and the court directs the parties to implement it;

3. Included in this Judgment is the award of attorney's fees and costs in the amount of $965,000 as set forth in the Order, to be paid in accordance with the terms of the settlement agreement;

4. This entry of final judgment is made pursuant to Federal Rule of Civil Procedure 54(b), upon the express determination that there is no just reason for delay. The Clerk of the Court is directed to enter this Judgment, and, upon entry, it shall be deemed appealable.

IT IS SO ORDERED, this  10th  day of  April , 2012.

Enter:

_____
United States District Court Judge